UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| MOUSEN ADEN, KING OF ISRAEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:16-CV-099-JRG-CCS |
| ) | |
| REPUBLIC OF ISRAEL, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM OPINION**

The Court is in receipt of a document titled a "Notice of Declaration of the Sovereign Monarchy," which the Court liberally construes as a pro se prisoner's civil rights complaint under 42 U.S.C. § 1983, and an application to proceed *in forma pauperis*. Section 1915(g) of the Prison Litigation Reform Act of 1996 (PLRA) provides as follows:

> In no event shall a prisoner bring a civil action [*in forma pauperis*] . . . if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

28 U.S.C. § 1915(g).

While incarcerated, Plaintiff has filed at least three prior civil actions that have been dismissed for failure to state a claim. *See Aden v. Future the Rapper*, Civil Action No. 3:16-CV-067 (E.D. Tenn. Feb. 18, 2016) (Docs. 4 and 5, memorandum and order dismissing case for failure to state claim upon which relief may be granted); *Prince Jael Nurro, Prince of Somalia, Gelib, a/k/a Mousen Aden*, Civil Action No. 3:15-CV-107 (M.D. Tenn. Feb. 23, 2015) (Doc. 6, order dismissing case as frivolous and for failure to state a claim upon which relief may be granted); *Aden v. Accord, et. al*, Civil Action No. 3:14-CV-2397 (M.D. Tenn. Jan. 9, 2015)

(Docs. 3 and 4, memorandum opinion and order dismissing case for failure to state claim upon which relief may be granted).

Plaintiff's complaint consists of what appear to be handwritten scripture quotes and Plaintiff's commentary thereon, none of which could be construed to establish any imminent danger to Plaintiff. Thus, in order to file this action, Plaintiff must prepay the entire $400.00 filing fee. Plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 1] will be **DENIED**. Plaintiff's complaint shall be **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a fee-paid § 1983 complaint, pursuant to the three-strike rule of 28 U.S.C. § 1915(g).

**E N T E R :**

                                                         s/J. RONNIE GREER
                                         UNITED STATES DISTRICT JUDGE